# EXHIBIT B

**CHASE**

PO Box 44959
Indianapolis, IN 46244-4959

**Questions?**
- www.chase.com
- 1-866-564-2262
- FAX 1-866-701-9886

We accept operator relay calls

06745 CC1 802 040 22725 NNNNNNNNNNNN CLMS0003
**ELEANORE SUDBROCK**
BRONX NY 10471-4109

August 14, 2025

## Update: We have updated information about your claim

Date of inquiry: 07/31/2025
Claim number: ████████
Card ending in: 8355
Claim related to account ending in: 2215

Dear ELEANORE SUDBROCK:

We have researched the transaction(s) you reported on 07/31/2025.

**Here's what you should know**
- We found that the transaction(s) was processed according to the information you provided or was authorized.
- No adjustment will be made to your account at this time.
- Contact us if you would like to request the information we used for our research.

If you have questions, please call us at 1-866-564-2262.

Sincerely,

Customer Claims Department

Enclosure

JPMorgan Chase Bank, N.A. Member FDIC

Disputed Transaction(s):

| Transaction Date | Description | Merchant Description (if available) | Transaction Amount | Disputed Amount |
|---|---|---|---|---|
| 07/21/2025 | ATM WITHDRAWAL 005418 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005420 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 006578 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 006576 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 006574 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 006572 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 006570 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005446 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005444 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005442 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005440 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005438 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005436 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005434 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005432 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005430 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005422 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005424 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005426 07/21 | | $200.00 | $200.00 |
| 07/21/2025 | ATM WITHDRAWAL 005428 07/21 | | $200.00 | $200.00 |

| Transaction Date | Description | Merchant Description (if available) | Transaction Amount | Disputed Amount |
|---|---|---|---|---|
| 07/22/2025 | ATM WITHDRAWAL 006969 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006979 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006965 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006963 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006961 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006959 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006957 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006955 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006953 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006951 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006977 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006975 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006973 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006971 07/22 | | $200.00 | $200.00 |
| 07/22/2025 | ATM WITHDRAWAL 006967 07/22 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005755 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005757 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005759 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005761 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005763 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005765 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005767 07/23 | | $200.00 | $200.00 |

| Transaction Date | Description | Merchant Description (if available) | Transaction Amount | Disputed Amount |
|---|---|---|---|---|
| 07/23/2025 | ATM WITHDRAWAL 005769 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005771 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005773 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005775 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005777 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005779 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005781 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 005783 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 009595 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 009597 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 009599 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 009601 07/23 | | $200.00 | $200.00 |
| 07/23/2025 | ATM WITHDRAWAL 009603 07/23 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008684 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008686 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 000020 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 000018 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 000016 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 000014 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 000012 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008712 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008710 07/24 | | $200.00 | $200.00 |



| Transaction Date | Description | Merchant Description (if available) | Transaction Amount | Disputed Amount |
|---|---|---|---|---|
| 07/24/2025 | ATM WITHDRAWAL 008708 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008706 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008704 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008702 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008700 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008698 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008696 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008694 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008692 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008688 07/24 | | $200.00 | $200.00 |
| 07/24/2025 | ATM WITHDRAWAL 008690 07/24 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008796 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 001003 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008792 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008790 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008788 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008786 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008784 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008782 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008780 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008778 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008776 07/25 | | $200.00 | $200.00 |

| Transaction Date | Description | Merchant Description (if available) | Transaction Amount | Disputed Amount |
|---|---|---|---|---|
| 07/25/2025 | ATM WITHDRAWAL 008774 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008772 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008770 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 001001 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008798 07/25 | | $200.00 | $200.00 |
| 07/25/2025 | ATM WITHDRAWAL 008794 07/25 | | $200.00 | $200.00 |