UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

James E Sudbrock, et al.,

                              Plaintiffs,                          25-CV-8902(LAK)

      v.

JP Morgan Chase Bank, N.A.,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

                              **ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/22/__

LEWIS A. KAPLAN, *District Judge.*

        The parties having settled the case at today's Rule 16 conference to terms placed on the record, the case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, February 23, 2026, if the settlement is not executed by then.  This Court retains jurisdiction.

        SO ORDERED.

DATED: December 22, 2025

                                        _____
                                            Lewis A. Kaplan
                                        United States District Judge